State, Plaintiff in error, vs. Fons and others, Defendants in error.

*April 3—April 28, 1936.*

For the plaintiff in error there was a brief by the *Attorney General, J. E. Messerschmidt,* assistant attorney general, *William A. Zabel,* district attorney of Milwaukee county, *Herman A. Mosher,* deputy district attorney, and *Francis A.*

*Darnieder,* special assistant district attorney, and oral argument by *Mr. Darnieder* and *Mr. Mosher.*

For the defendants in error the cause was argued orally by *Walter D. Corrigan, Sr.,* and *Joseph P. Brazy,* both of Milwaukee.

PER CURIAM. This case was argued and submitted with the case of *State v. Kitzerow, ante,* p. 436, 267 N. W. 71, and is ruled by the decision in that case.

The order of the circuit court is affirmed.